UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERLEY LOPEZ TORRES (A-NUMBER: 240-801-100),

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY,

Respondent.

Case No. 1:26-cv-5190-DJC-JDP

ORDER

Petitioner, an immigration detainee representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court appointed counsel, ECF No. 10, and referred the matter to me for further proceedings. ECF No. 9.

Under Rule 4 of the Rules Governing Section 2254 Cases, I must examine the habeas corpus petition and order a response to the petition unless it "plainly appears" that the petitioner is not entitled to relief.[1] It does not plainly appear that petitioner is not entitled to relief. Therefore, I set a briefing schedule for newly appointed counsel to determine whether to amend the petition, or proceed on the petition filed pro se, ECF No. 1, and I order the government to respond to the petition.

[1] This rule may be applied to petitions brought under § 2241. *See* Rule 1(b) of the Rules Governing § 2254 Cases.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within seven days of the date of service of this order, petitioner's appointed counsel shall file notice on the docket regarding whether petitioner elects to proceed on the pro se petition for writ of habeas corpus, ECF No. 1, or if petitioner will file an amended petition. If petitioner intends to file an amended petition, such petition shall be filed within fourteen days of the date of service of this order.

2. Within seven days of the date of filing an amended petition or notice that petitioner intends to proceed on the petition for writ of habeas corpus, ECF No. 1, respondent must file a response to the petition or amended petition.

2. A response may be one of the following:

A. An answer addressing the merits of the petition. Any argument by respondent that petitioner has procedurally defaulted a claim must be raised in the answer, which must also address the merits of petitioner's claims.

B. A motion to dismiss the petition.

3. With this responsive filing, respondent must file any documents necessary for resolving the issues presented in the petition.

4. If respondent files an answer to the petition, petitioner may file a traverse within seven days of the date of service of respondent's answer. If no traverse is filed within seven days, the petition and answer are deemed submitted.

5. If respondent moves to dismiss, petitioner must file an opposition or statement of non-opposition within seven days of the date of service of respondent's motion. Any reply to an opposition to the motion to dismiss must be filed within seven days after the opposition is served. The motion to dismiss will be considered submitted twenty-one days after the service of the motion or when the reply is filed, whichever comes first. *See* Local Rule 230(l).

6. Petitioner's motion to proceed *in forma pauperis*, ECF No. 2, is GRANTED.

IT IS SO ORDERED.

Dated: July 21, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE